RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Juan Jose Moreno-Gallardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN JOSE MORENO-GALLARDO,<br><br>    Defendant. | Case No. 2:20-mj-00948-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Juan Jose Moreno-Gallardo, that the Preliminary Hearing currently scheduled on May 25, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel for the defendant needs additional time to conduct investigation in this case.

    2.    Defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 21st day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ *Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JUAN JOSE MORENO-GALLARDO,<br><br>      Defendant. | Case No. 2:20-mj-00948-NJK<br><br>**ORDER** |

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 25, 2021 at the hour of 4:00 p.m., be vacated and continued to Wednesday, June 30, 2021, at the hour of 4:00 p.m., in Courtroom 3C.

     DATED this 21st day of May, 2021.

                                                     NANCY J. KOPPE
                                                   UNITED STATES MAGISTRATE JUDGE